# Exhibit A

C06846128 IED U.S. Department of State Case No. F-2019-06730 Doc No. C06846128 Date: 07/13/2020

# REFUGEE APPLICATION ASSESSMENT

RELEASE IN FULL

| USCIS OFFICER: | DATE: |
|---|---|
| INTERVIEW LOCATION: | DESIGNATED PRIORITY: |

| I. APPLICANT | |
|---|---|
| Name: | Case Number: |
| Country(ies) of Citizenship/Nationality: | A#: |
| Accompanying family members/Cross-referenced cases: | |

Applicant's native language:
Language in which interview was conducted:
Was interpreter used?  ☐ **Yes**  ☐ **No**
Does Applicant testify to understanding Interpreter/Officer?  ☐ **Yes**  ☐ **No**

| Oath Administered?  ☐ **Yes** | Money Paid or Received for Access?  ☐ **Yes**  ☐ **No** |
|---|---|

## II. SPECIAL HUMANITARIAN CONCERN

Does the applicant meet the criteria for special humanitarian concern to the U.S.?

☐ **Yes**—Select applicable option:  ☐ P-1  ☐ P-2 (Explain)   ☐ **No**—Does not meet qualifications.
☐ P-3  ☐ Add-On (Explain Below)  ☐ Other (Explain Below)    (Explain Below)

(use additional pages as needed)

## III. INA §101(A)(42)—APPLICANT'S CLAIM

### A. Past Persecution

| | |
|---|---|
| 1. Does the applicant claim to have been harmed or mistreated in his/her country(ies) in the past? If no, go to Part III.B. If yes, identify the perpetrator(s) of, and describe, the harm or mistreatment:<br><br>Perpetrator(s):_____<br><br>Harm/Mistreatment:_____ | Yes ☐   No ☐ |
| 2. Is the claimed harm or mistreatment on the basis of one of the five protected grounds? If no, go to Part III.B. If yes, designate applicable ground(s):<br><br>☐ Race   ☐ Religion   ☐ Nationality<br>☐ Membership in a Particular Social Group   ☐ Political Opinion<br><br>Specify Characteristic(s): _____ | Yes ☐   No ☐ |
| 3. Does the claimed harm or mistreatment rise to the level of persecution? If no, explain below: | Yes ☐   No ☐ |

C06846128 IED  U.S. Department of State  Case No. F-2019-06730  Doc No. C06846128  Date: 07/13/2020

| **B.  Well-Founded Fear of Future Persecution** | | |
|---|---|---|
| 1. Did the applicant describe a fear of returning to his or her country(ies)?<br><br>If no, go to Part IV.  If yes, identify perpetrator(s) of, and describe, the feared harm or mistreatment:<br><br>Perpetrator(s):_____<br><br>Harm/Mistreatment:_____ | **Yes** ☐ | **No** ☐ |
| 2.  Is the feared harm on the basis of at least one of the five protected grounds?<br>If no, go to Part IV.  If yes, designate protected ground(s):<br><br>☐ Race          ☐ Religion          ☐ Nationality<br>☐ Membership in a Particular Social Group     ☐ Political Opinion<br><br>Specify Characteristic(s):_____ | **Yes** ☐ | **No** ☐ |
| 3.  Does the feared harm rise to the level of persecution?<br>If no, explain below: | **Yes** ☐ | **No** ☐ |
| 4.  Is the fear of future persecution well-founded? If no, explain below: | **Yes** ☐ | **No** ☐ |

| IV.  BARS AND INADMISSIBILITIES | |
|---|---|
| **A. PERSECUTOR BAR**<br>Has it been determined that the applicant or any derivative ever ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion? | ☐ **Yes**—Explain Below<br>☐ **No** |
| **B. FIRM RESETTLEMENT BAR**<br>Has it been determined that the applicant ever firmly resettled in a foreign country after leaving the country of nationality? | ☐ **Yes**—Explain Below<br>☐ **No** |
| **C. INADMISSIBILITY**<br>Has it been determined that the applicant or any derivative is inadmissible to the U.S.? | ☐ **Yes**—Explain Below<br>(Cite specific provision).<br>☐ **No**—Explain Below<br>(As required). |
| **D. CARRP**<br>Does the applicant or any derivative have an articulable link to a national security concern which requires further vetting? | ☐ **Yes**—Explain Below<br>☐ **No**—Explain Below<br>(As required). |
| Explanation: | |

(use additional pages as needed)

| **V. CREDIBILITY** | |
|---|---|
| **A.** Did applicant provide credible testimony regarding all material facts related to INA 207(c) in this case? | ☐ **YES -Go to VI.** <br> ☐ **NO -Go to V.B. below** |

**B.** Select the issue(s) that the non-credible evidence affects:
  ☐ Special Humanitarian Concern  ☐ Refugee Definition  ☐ Firm Resettlement  ☐ Persecutor Bar  ☐ Admissibility
  ☐ Other _____

Select the description(s) below that best describes the non-credible evidence and provide a summary of the evidence.
  ☐  Material inconsistency[ies] within testimony.
  ☐  Material inconsistency[ies] between testimony and other evidence (i.e. country conditions, x-referenced case, other case member's testimony, other case file documents, etc.).
  ☐  Insufficiently detailed or reliable answer[s] presented to material question[s].
  ☐  Material part[s] of testimony or other evidence implausible.
  ☐  Other.
Explain the non-credible evidence in detail:

_____
_____
_____
_____
_____
_____
_____
_____

(use additional pages as needed)

**C.** Was applicant informed of these specific credibility concerns and given the opportunity to address them?  ☐ **YES**  ☐ **NO**

After explaining the specific credibility concern(s) to the applicant, and requesting an explanation, provide the applicant's response(s):

_____
_____
_____
_____
_____
_____

(use additional pages as needed)

**D.** After consideration of the applicant's response(s), the applicant is determined to be:
  ☐ - Credible
  ☐ - Credible in part (Split Credibility)
  ☐ - Not Credible

Explain basis for final determination: _____

_____
_____
_____

(use additional pages as needed)

Case 1:23-cv-03664 Document 1-1 Filed 12/08/23 Page 5 of 6

## VI. DECISION

**CASE ON HOLD** -- Include Explanation and Sequence Numbers for Applicants/Derivatives

**Hold Resolved:**

☐ CLASS: _____ ☐ YES Initials/Date:

☐ SAO: _____ ☐ YES Initials/Date:

☐ IAC: _____ ☐ YES Initials/Date:

☐ Fingerprints: _____ ☐ YES Initials/Date:

☐ Security Check Requiring HQ Review: _____ ☐ YES Initials/Date:

☐ TRIG Indefinite hold: _____ ☐ YES Initials/Date:

☐ HQ TRIG Exemption: _____ ☐ YES Initials/Date:

☐ Field TRIG Exemption: _____ ☐ YES Initials/Date:

☐ Pending CARRP review: _____ ☐ YES Initials/Date:

☐ Possible/Probable 3rd Country Resettlement: _____ ☐ YES Initials/Date:

☐ Persecution under duress: _____ ☐ YES Initials/Date:

☐ Pending USCIS HQ Review (for Desk Officer review)_____ ☐ YES Initials/Date:

☐ Other: _____ ☐ YES Initials/Date:

(use additional pages as needed)

☐ **HOLD LIFTED ON** _____ **BY** _____
(DATE)                          (PRINT OR STAMP NAME)

---

**IS THE APPLICANT ELIGIBLE FOR REFUGEE RESETTLEMENT PURSUANT TO INA §207?**
If yes, issue Grant Letter. If no, select each reason that forms a basis for the decision:

Yes ☐          No ☐

IF NO, SELECT EACH REASON THAT FORMS A BASIS FOR THE DECISION:

☐ NOT QUALIFIED AS SPECIAL HUMANITARIAN CONCERN TO THE U.S. [Either NQ letter or Denial Letter Item 1 & [5 &/or 6]]

☐ NOT A REFUGEE PURSUANT TO INA §101(a)(42) [Applicable Denial Letter Item(s) 1,2,3 4 and/or 6]

☐ PERSECUTOR PURSUANT TO INA §101(a)(42) [Denial Letter Item 3]

☐ FIRMLY RESETTLED PURSUANT TO 8 C.F.R. §207.1(b) [Denial Letter Item 4]

☐ INADMISSIBLE PURSUANT TO INA §212(a) [Denial Letter Item 5]

☐ TESTIMONY LACKED CREDIBILITY ON A MATERIAL ELEMENT OF INA§207(c) [Denial Letter Item 6]

☐ OTHER -- Explain below. [Denial Letter Item 7]

**JUSTIFICATION:**

_____
_____
_____
_____
_____
_____
_____
_____

| VII. SUPERVISORY REVIEW |
|---|

**CASE NUMBER:** _____

☐    REVIEWING OFFICER CONCURS WITH THE ADJUDICATING OFFICER'S DECISION:

☐    REVIEWING OFFICER REMANDS THIS CASE FOR RE-INTERVIEW AS EXPLAINED BELOW

☐    REVIEWING OFFICER OVERTURNS THE ADJUDICATING OFFICER'S DECISION AS EXPLAINED BELOW:

Print or Stamp Name:                                       Date:

**VIII. POST-INTERVIEW NOTES (Include officer's name and date of notes)**

(use additional pages as needed)

(VERSION/HQRAD Ed. 01-04-12)