# Exhibit B

# Refugee

## Supplemental Guidance

## January 3, 2022

WARNING: This training presentation is FOR OFFICIAL USE ONLY (FOUO) and is intended for internal National Records Center use only. It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the FOIA Officer.



U.S. Citizenship and Immigration Services

# Processing Acronym Legend

WIF = Withhold in Full
RIF = Refer in Full
OOS = Out of Scope

**U.S. Citizenship
and Immigration
Services**

# The Transportation Company and Transportation Security Administration

## Travel Authorization Letter

(b)(6)

- Redact third party PII, (b)(6).

Example: [    ] is the subject; therefore, [        ] and [        ] information should be redacted.

Note: Follow the same guidance if [        ] were the subject.

---

**VALID FOR ONE YEAR**

**United States Department of State**
*Bureau of Population, Refugees, and Migration*
*Washington, D.C. 20520-5824*

**Date Issued:** 13 May 2019

**The Transportation Company And Transportation Security Administration**

**Document ID:** [        ]

**RE:** [    ] 4 Members)  **UNHCR Case Number** [        ]

**US Address** [        ]

Sir/Madam:

Pursuant to the accompanying travel packet (for international flights) or the form I-94 (for U.S. domestic flights), the Department of Homeland Security/U.S. Citizenship and Immigration Services has approved the application to apply for admission to the United States of the below-named alien(s) under section 207(c)(1).

Not valid unless this document contains a Document ID.

Expiration Date: 13 May 2020          Page 1 of 2          Cas[    ] Members)



**U.S. Citizenship and Immigration Services**

3

# UNHCR Resettlement Submissions for Protracted Refugee Population Project

WIF (b)(3), 8 U.S.C. 1202(f) and (b)(5), add (d)(5) if a PA case.

(b)(3)

**UNHCR**
United Nations High Commissioner for Refugees
Haut Commissariat des Nations Unies pour les Réfugiés

Délégation pour le Kenya

Branch Office for Kenya
P.O. Box 43801
Nairobi
Kenya

23rd .

Our Code:

Dear
Douglas Bartlett

UNHCR RESETTLEMENT SUBMISSIONS FOR PROTRACTED
REFUGEE POPULATION PROFILING PROJECT

U.S. Citizenship
and Immigration
Services

4

# UNHCR Resettlement Registration Form

Sect. 1,2 & 3

This form is used by the UNHCR to document facts and to analyze the refugee claim.

Sections 1 and 2 can be released with proper VOI.

Section 3 contains PII on subject/spouse' relatives.

■ Redact third party PII, (b)(6).



U.S. Citizenship
and Immigration
Services

5

# UNHCR Resettlement Registration Form

## Sect. 4.2, 4.3, 4.4 & 5

- Sections 4.2, 4.3, 4.4 and 5 contain deliberative information, redact (b)(5), add (d)(5) if a PA case.

- If third party PII, add (b)(6).

(b)(5) (b)(6)


U.S. Citizenship and Immigration Services

6

# UNHCR Resettlement Registration Form

(b)(5) (b)(6)

- Sections 6 and 7 (if there are any comments) contain deliberative information, redact (b)(5), add (d)(5) if a PA case.

- If third party PII, add (b)(6).



U.S. Citizenship and Immigration Services

7

# Form I-590, Registration for Classification as Refugee and its Signature Page

Release to first party requestors except for:

- Redact the names of overseas employees (Refugee Officers, Interpreters, etc.), (b)(6).

Note: The Location line in the middle of the page can help in determining if the names should be held.

- If names of systems checked/results (IBIS: NEG etc.) redact (b)(7)(E), add (k)(2) and/or (j)(2) if a PA case.

- If deliberative notes redact (b)(5), add (d)(5) if a PA case.



(b)(6)



**U.S. Citizenship and Immigration Services**

8

# Refugee Interview

Page 1 and 2

Release to first party
requestors.

■ If Present, redact
  deliberative notes
  (b)(5), add (d)(5) if a PA
  case.

Note: 25 year Sunset
Provision applies to any
deliberative notes.



U.S. Citizenship
and Immigration
Services

9

# Refugee Application Assessment

Multi page document used by USCIS to record consistencies, discrepancies, national security concerns and other information relating to a case.

- Redact, overseas Asylum/Refugee Officer names, (b)(6).

- Sections III – V contain deliberative information, redact (b)(5), add (d)(5) if a PA case.

- Section VI, even if blank, (b)(7)(E).

- Lower section of VI redact (b)(5) if subject is not aware of decision, add (d)(5) if a PA case.

- Redact, Refugee Officer notes and any names of systems checked and results, (b)(7)(E), add (k)(2) and/or (j)(2) if a PA case.

Note: 25 year Sunset Provision applies.



(b)(6)



U.S. Citizenship and Immigration Services

10

# Addendum to Refugee Application Assessment Interview Notes

(b)(6) (b)(7)(e)

- WIF (b)(7)(e), add (k)(2) if a PA case.

- If Refugee Officer is working overseas, add (b)(6).



U.S. Citizenship
and Immigration
Services

11

# Refugee Access Verification Unit (RAVU) Affidavit of Relationship (AOR) Checklist

(b)(5) (b)(6)

This form is used to confirm the validity of a petitioner in the U.S. who has petitioned for a refugee.

- WIF (b)(5), add (d)(5) if a PA case.

- If officer is working overseas and/or for third party PII, add (b)(6).

- If law enforcement information and/or protected results are present, add (b)(7)(C) and/or (b)(7)(E), add (k)(2) and/or (j)(2) if a PA case.





U.S. Citizenship and Immigration Services

12

# Child Status Protection Act (CSPA) Worksheet

On August 6, 2002, President Bush signed legislation that addressed the problem of minor children losing their eligibility for certain immigration benefits as a result of administrative delays.

For more information visit: https://www.uscis.gov/greencard/childstatus-protection-act

- Part A - release to a first party.

- Parts B, C, D, and E - contain deliberative information, redact (b)(5), add (d)(5) if a PA case.

**CHILD STATUS PROTECTION ACT WORKSHEET FOR:**
"F2A Principal Applications"
"Derivative applicants in all family based and employment categories"

**PART A**

| Applicant Name | |
|---|---|
| Case Number | I. |
| Visa category | F33 |
| 1. Alien's DOB | M. |
| 2. Petition filing date | 11/21/2000 |
| 3. Date Petition Approved | 11/22/2000 |
| 4. Length of Time petition pending | 731:00 |
| 5. Date petition became current | b. |
| 6. Date visa became available (later of #3 or #6) | b: |
| 7. Availability Date (#5) Minus Pendency Period (#4) | b: |
| 8. Age of alien on date visa became available | 21.x |
| A. Alien's age for purposes of the Child Status Protection Act of 2002. If under 21, continue to part B. If over 21, go to part E. | 19 years 1 months 29 days |

**Part B.** Important Note 1: Has alien sought to acquire LPR status within one year of visa availability?

| a. Date DS-230, Part I filed or I-824 filed | 3/5/2010 | |
|---|---|---|
| b. The date the visa became available | | 9/1/2009 |
| c. Is A before or within one year of B? If yes, continue to part C. If no, go to part E. | YES | |

**Part C.** Important Note 2: Does CSPA apply to the alien?

| | DATE PETITION APPROVED 11/22/2002 |
|---|---|
| | DATE ALIEN AGED OUT 7/3/2009 |
| a. Was the petition approved on or after 8/6/2002? If yes, continue to Part (D). If no, see below | YES |
| b. If the petition was approved before 8/6/2002. | |
| "Did the alien age out on or after 8/6/2002 taking into account any additional 45 day Patriot Act grace period that the alien may have been entitled to? If yes, continue to part (D). If no, see below. | B's. approve cspa |
| "Did the alien age out before 8/6/2002, but had applied for an immigrant visa (meaning, had an interview) before aging out and was refused under 221(g)?" If yes, continue to part (D). If no, see below. | |
| "Did the alien age out before 8/6/2002, but had applied for an immigrant visa (meaning, had an interview) before aging out and was refused under any under ground besides 221(g). If yes, send AO. If no, see below. | |
| "Did the alien age out before 8/6/2002 and fall to apply for a visa before that date? If yes, see Part E | |

**PART D**

| xxxxxxxxxxxxxxxxxxxxx | This applicant DOES qualify as a child under the Child Status Protection Act of 2002 |
|---|---|

**PART E**

| | This applicant DOES NOT qualify as a child under the Child Status Protection Act of 2002 |
|---|---|

59



U.S. Citizenship
and Immigration
Services

13

# Child Status Protection Act (CSPA) Formula Worksheet

- Release to a first party requestor.

- Exception. If there are deliberative notes, redact (b)(5), add (d)(5) if a PA case.

DS230 Received by NVC on __3/5/10__

## CSPA FORMULA WORKSHEET

**Case Number** [ ]    (b)(6)

**Applicant Name:**

**Visa Symbol: F3**

1. Aliens DOB:
2. Date Petitioned Filed/Priority Date:                                    21Nov2000
3. Date Petition Approved:                                                 22Nov2002
4. Length of Time Petition Pending (#3 minus #2):                          731 days
5. Date Petition Became Current by cutoff date:                           01Sep2009
6. Date Visa Became Available (Later of #3 or #5):                        01Sep2009
7. Age of Alien on Date Visa Became available (#6 minus #1): 21 years + 60 days
8. Age for CSPA purpose: Age at time Visa Became Available
   minus Length of Time Petition Pending (#7 minus #4):                   19 years + 59 days

9. Rule-_____ Eligible if age listed on line #8 =                         less than 21 years

   -_____ Not Eligible if age listed on line #8 =                         21 years or older

The applicant represented on this worksheet is over 21 and has had the Child Status Protection Act (CSPA) formula applied to see if a benefit could be derived. I have checked the appropriate box indicating the eligibility of the applicant for a benefit under CSPA.

Name:_____     Date:_____
           *(Signature)*

Name:_____     U.S. Embassy or Consulate General
           *(Print Name)*

LAO 17-Mar-2010 10:06:56 AM



U.S. Citizenship and Immigration Services

14

# CLASS/SAO Name Check Results Report (SAO) Security Advisory Opinion

- Release the primary applicant's information with proper VOI

- Redact third party PII (b)(7)(C), add (k)(2) if a PA case

- Redact, any CLASS and SAO results (b)(7)(E), add (k)(2) if a PA case

- Redact Travel FP Status results (b)(7)(E), add (j)(2) if PA case

- Redact IAC Status results (b)(7)(E), add (k)(2) if PA case




U.S. Citizenship and Immigration Services

15

# Form III: Family Tree for Each Member of Case

Example I & II

(b)(6)

- Redact third party information (b)(6), under FOIA.

- This also applies to Form I: Joint Voluntary Agency, Bio Information & Form II:  Joint Voluntary Agency, Additional Resettlement Information.

Note: There will often be an untranslated and translated version and this form may come from other countries.

U.S. Citizenship and Immigration Services

16



# U.S. Refugee Admission Program (RSC) Resettlement Support Center

This Notice of confidentiality is given to the subject of record.

- Release with proper VOI.

- WIF (b)(6) if third party.



**RSC Africa | U.S. Refugee Admissions Program**

**NOTICE ON CONFIDENTIALITY OF PERSONAL INFORMATION**
**For Individuals Making**
**Application for Refugee Admission to the United States**

The United States Refugee Admissions Program (USRAP) (including but not limited to staff of the Department of State and Resettlement Support Centers) and its partners (including but not limited to the International Organization for Migration and Reception and Placement Agencies) generally will not use or disclose information related to your refugee application without your written permission except as described in this notice or under applicable U.S. laws and regulations. The USRAP will use the personal information you give us to complete your application for resettlement in the United States.

- U.S. government officials from the Department of State, the Department of Homeland Security, and other U.S. government agencies will use this information to decide if you will be admitted to the United States as a refugee and, if admitted, to facilitate your resettlement.
- The USRAP will give information about you to the United Nations High Commissioner for Refugees and the International Organization for Migration to process your application and arrange your travel to the United States.
- The USRAP will give limited information about you and your family (such as ages, education, past employment and medical conditions that need care) to staff of the voluntary agency in the United States that sponsors you so they can prepare for your arrival.
- If specifically requested, the USRAP may also give information from your application to members of the U.S. Congress as needed for the formulation, amendment, administration, or enforcement of immigration, nationality, or other laws of the United States pursuant to Title 8 of the United States Code Section 1202(f).
- The information provided may, in certain circumstances, be released to other government agencies (federal, state, and/or local), when appropriate, such as for purposes of investigation or legal action on criminal and/or civil matters, or in connection with issues arising from the adjudication of benefits.
- Unless you have a credible and serious impairment such as age, illness or physical disability that prevents you from inquiring on your own behalf, we will not release information pertaining to your application or entry into the United States to friends or relatives or others on your behalf even though you may have provided a written authorization for this purpose. If you have questions about your application, you should contact the Resettlement Support Center handling your case. Your questions can be oral or in writing.

Neither this notice nor the terms of this policy create any legally enforceable rights.

Please sign below to indicate you have been made aware of this confidentiality policy. You should also keep a copy of this notice for future reference.

This policy has been explained to me in [ Somel  ]. I acknowledge my understanding and agreement by signing below:

(b)(6)

Printed Name

Date:_____ Signature:_____



U.S. Citizenship and Immigration Services

# Health Assessment Informed Consent Form (IOM) International Organization for Migration

- Release with proper VOI.

- WIF (b)(6) if third party.





U.S. Citizenship
and Immigration
Services

18

# Joint Voluntary Agency (JVA)

Review the Comments
section.

- Redact deliberative notes
  (b)(5), add (d)(5) if a PA
  case.

- Redact references to fraud
  (b)(7)(C) and/or (b)(7)(E),
  add (k)(2) if a PA case.





U.S. Citizenship
and Immigration
Services

19

# Multi-Agency Documents

U.S. Citizenship
and Immigration
Services

20

# E-Mails Discussing Refugee Operations

- WIF (b)(3), 8 U.S.C. 1202(f)

- If a Refugee Officer's (b)(3) name, phone number, email address or other personal identifiers are present, add (b)(6) if FOIA.



U.S. Citizenship and Immigration Services

21

# Bureau of Human Rights and Humanitarian Affairs (BHRHA)

In 1994 the Bureau of Human Rights and Humanitarian Affairs was reorganized and renamed the Bureau of Democracy, Human Rights and Labor a bureau of DOS.

- Example 1 (top): Redact, the interviewer if they are a law enforcement officer (b)(7)(C) under the FOIA, add (k)(2) if a PA case.

- Redact, the BHRHA stamp (b)(3), 8 U.S.C. 1202(f).

- Example 2 (bottom): Redact, the Verbal Testimony (b)(5) under the FOIA, add (d)(5) if a PA case.

Note: if it is deliberative, 25 year sunset applies.

- Redact, the "To:" area directly below the BHRHA/ASY (b)(3), 8 U.S.C. 1202(f). Release if not completed.



(b)(6)



U.S. Citizenship and Immigration Services

22

# Department of State Letters

Letters and documents mailed
to and served on the subject of
record.

(b)(6)

- If a FOIA case, redact
  overseas officer name,
  (b)(6).

Note: release Field Office
Director or District Director
names/signatures.





U.S. Citizenship
and Immigration
Services

23

# Sworn Statements

(b)(6)

■ If a FOIA case, redact overseas officer name, (b)(6).

Note: release Field Office Director or District Director names/signatures.





U.S. Citizenship
and Immigration
Services

24

# Release of Information Consent Form

- If a FOIA case, redact overseas officer name, (b)(6).

Note: release Field Office Director or District Director names/signatures.

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Refugee Affairs Division
Washington, DC 20529-2290

U.S. Citizenship and Immigration Services

**RELEASE OF INFORMATION CONSENT FORM**

Date:      FEB 0 9 2018

Applicant Name:                                    (b)(6)
Case #:

By signing below, I authorize U.S. Citizenship and Immigration Services to release information contained in or pertaining to my application for refugee status to the U.N. High Commissioner for Refugees, other U.S. Government agencies and other resettlement countries. I understand that no information will be shared with the government of the country from which I am seeking refuge.

I understand that I am not required to sign this waiver, and I do so voluntarily.

Refugee Officer

Interpreter Signature



U.S. Citizenship and Immigration Services

25

# Form I-566 with DOS Recommendation

Part 7:

- If one of the boxes is checked, and/or a recommendation is listed, redact (b)(3), 8 U.S.C. 1202(f).



U.S. Citizenship
and Immigration
Services

26