CO-386
10/2018

# United States District Court
# For the District of Columbia

International Refugee Assistance  )
Project, Inc.                     )
                                  )
                                  )
              Plaintiff           )     Civil Action No. __1:23-cv-3664_____
        vs                        )
                                  )
U.S. Citizenship & Immigration    )
Services                          )
                                  )
              Defendant           )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

NY0576
BAR IDENTIFICATION NO.

Christopher ("Chris") Opila
Print Name

One Battery Park Plaza, 33rd Floor IRAP
Address

New York, NY, 10004
City          State          Zip Code

(646) 946-7381
Phone Number