UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INT'L REFUGEE ASSISTANCE PROJ., Inc.,

Plaintiff,

v.

UNITED STATES CITIZENSHIP &
IMMIG'R SERV.,

Defendants.

Civil Action No. 23-3664 (RCL)

## [~~PROPOSED~~] ORDER

UPON CONSIDERATION of Defendant's motion to stay briefing, and for good cause the response thereto and shown and the entire record herein, it is hereby

ORDERED that Defendants' ~~consent~~ motion is GRANTED; and it is further

ORDERED that this case is hereby stayed until July 9, 2024, at which time Defendant shall file a status report on the progress or completion of records.

SO ORDERED:

__4-11-24__
Dated

__Royce C. Lamberth__
ROYCE C. LAMBERTH
United States District Judge

- 5 -