AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| International Refugee Assistance Project, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-03664 |
| U.S. Citizenship & Immigration Services | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff International Refugee Assistance Project, Inc.

Date: 07/09/2024

/s/ Linda B. Evarts
*Attorney's signature*

Linda B. Evarts (D.D.C. Bar No. NY0518)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

levarts@refugeerights.org
*E-mail address*

(516) 838-1655
*Telephone number*

(516) 324-2267
*FAX number*