UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

**DEFENDANT'S STATUS REPORT**

By and through undersigned counsel, the United States Citizenship and Immigration Services ("Defendant"), respectfully submits this Defendant's Status Report in response to the Court's Order entered on April 11, 2024. *See* ECF No. 19 ("Min. Ord."). In support, Defendant states the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. The parties attempted to work amicably to on a processing and release schedule with some success. Subsequently, however, Defendant moved for a stay pending processing and release of records. *See* ECF No. 17. The Court granted the motion and stay this action until today "at which time Defendant shall file a status report on the progress or completion of records." *See* Min. Ord.

3. Thus, Defendant files this status report to apprize the Court that, as anticipated, it has completed the processing and release of records on all four FOIA requests. As is customary, however, there are records in which the Department of State has equities and requires Defendant to confer for guidance prior to releasing any such records. Defendant cannot unilaterally release these records without first consulting.

4. Although the consultation process is notoriously unpredictable, Defendant anticipates that it would be able to complete the consultations process by September 30, 2024. Defendant is reluctant to overpromise and underdeliver on when the consultations process will be completed. Plaintiff consents to this timetable.

WHEREFORE, Defendant respectfully requests that the Court adopt its proposal to file another Status Report no later than September 30, 2024. A proposed order is enclosed herewith.

Dated: July 9, 2024
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIG'R SERV.,<br><br>Defendant. | Civil Action No. 23-3664 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's proposal is ADOPTED; and it is further

ORDERED that Defendant shall file another Status Report no later than September 30, 2024.

SO ORDERED:

_____     _____
Dated                                                                ROYCE C. LAMBERTH
                                                                             United States District Judge