IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC., *One Battery Park Plaza, 33rd Fl. IRAP, New York, NY 10004*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *c/o Office of the Chief Counsel*, *5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588*,<br><br>Defendant. | Civil Action No. 1:23-cv-03664 |

## PRAECIPE REGARDING COUNSEL'S CHANGE OF ADDRESS

In accordance with LCvR 83.15(c), counsel hereby provides notice that the address of Christopher ("Chris") Opila at American Immigration Council in this matter has been changed to the following:

American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036

Counsel's email and phone number remain 202-507-7699 and copila@immcouncil.org.

Dated: July 11, 2024

Respectfully submitted,

_____/s/_____
Christopher ("Chris") Opila
American Immigration Council
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
Phone: (202) 507-7699
Email: copila@immcouncil.org