UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

## DEFENDANT'S STATUS REPORT

By and through undersigned counsel, the United States Citizenship and Immigration Services ("Defendant"), respectfully submits this Defendant's Status Report in response to the Court's Order entered on July 10, 2024. *See* ECF No. 24 ("Min. Ord."). In support, Defendant states the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. On the aforementioned date, Defendant had reported that it had completed releases of records that did not require any consultation and that it was in process of consulting with some of the documents' stakeholders before disclosing information. The Court adopted Defendant's proposal and "further ordered that Defendant shall file another Status Report no later than September 30, 2024." *See* Min. Ord.

3. To date, Defendant has completed its responses to all of Plaintiff's request except for these consultation records, which are notoriously difficult to get movement on given that third party entities determine the documents' releasability. Nevertheless, Defendant has completed consultation and released additional records that have been produced as recently as last week. There are still a few consultation records remaining, but Defendant believes the process should be completed by the next time Defendant files another status report with the Court's permission.

4. Given that Defendant has completed releasing most of the responsive non-exempt records, this litigation has progressed to the point where Defendant anticipates a need to confer with Plaintiff to see whether any issues can be narrowed or eliminated. In fact, Plaintiff has already reached out to the Defendant on that front.

5. Defendant anticipates that it will be conferring with Plaintiff until when its next status report would be due, will report back to the Court any progress being made, and propose a briefing schedule only if the parties are unable to resolve their differences.

WHEREFORE, Defendant respectfully requests that the Court adopt its proposal to file another Status Report no later than November 15, 2024. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: September 30, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/<br>　　　KENNETH ADEBONOJO<br>　　　Assistant United States Attorney<br>　　　601 D Street, NW<br>　　　Washington, DC 20530<br>　　　(202)252-2562<br><br>*Attorneys for the United States of America* |

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's proposal is ADOPTED; and it is further

ORDERED that Defendant shall file another Status Report no later than November 15, 2024.

SO ORDERED:

_____                    _____
Dated                                                                    ROYCE C. LAMBERTH
                                                                                  United States District Judge