UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIG'R SERV.,<br><br>         Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project ("Plaintiff") and United States Citizenship and Immigration Service ("USCIS" or "Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on October 4, 2024. *See* ECF No. 27 ("Min. Ord."). In support, the parties jointly state the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another status report no later than November 15, 2024." *See* Min. Ord. Since Defendant's last status report, *see* ECF No. 26, Defendant has completed all releases, including those in which another agency had assertable equities.

3. In the interim, the parties have been discussing Defendant's releases and searches as well as Plaintiff's policy and practice claims. As of today, Defendant has responded to Plaintiff's outstanding questions. The parties are continuing their dialogue with the goal of narrowing or eliminating any or all of their disputes.

4. Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than December 13, 2024.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than December 13, 2024. A proposed order is enclosed herewith.

Dated: November 15, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

_____/s/_____
Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*