UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on November 23, 2024. *See* ECF No. 29 ("Min. Ord."). In support, the parties jointly state the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another status report no later than December 13, 2024." *See* Min. Ord. Since the parties' last Joint Status Report, *see* ECF No. 28, the parties have exchanged correspondence with the goal of resolving this litigation.

3. Most recently, Plaintiff sought clarification late last month about some of the withholding guidance it is challenging and is awaiting a response from the Agency. Also, earlier

today, the parties had a discussion regarding the Agency's willingness to release certain withheld information in produced documents. Plaintiff will delineate these withholdings in the coming days, which will be passed along for the Agency's consideration.

4. Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than January 28, 2025.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than January 28, 2025. A proposed order is enclosed herewith.

Dated: December 13, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

_____/s/_____
Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*