- 3 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIG'R SERV.,<br><br>Defendant. | Civil Action No. 23-3664 (RCL) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Status Report no later than January 28, 2025.

SO ORDERED:

_____          _____
Dated                                                                        ROYCE C. LAMBERTH
                                                                                      United States District Judge