UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on December 17, 2024.  *See* ECF No. 31 ("Min. Ord.").  In support, the parties jointly state the following:

1.      As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests."  *See generally* ECF No. 1.  Defendant answered.  *See* ECF No. 14.

2.      Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another status report no later than January 28, 2025." *See* Min. Ord.  Since the parties' last Joint Status Report, *see* ECF No. 30, the parties have exchanged correspondence with the goal of resolving this litigation.

3.      Most recently, Plaintiff made a settlement offer, which included a request to lift certain withholdings as previewed in the last Joint Status Report. Earlier this week, Defendant

made a counteroffer. Plaintiff is evaluating Defendant's counteroffer and will respond in the coming days.

4.      Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than March 14, 2025.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than March 14, 2025.  A proposed order is enclosed herewith.

Dated:  January 28, 2025                          Respectfully submitted,
        New York, NY

                                                  EDWARD R. MARTIN, Jr.
                                                  D.C. Bar No. 481866
                                                  United States Attorney

                                                  BRIAN P. HUDAK
                                                  Chief, Civil Division

                                                  By: _____/s/_____
                                                      KENNETH ADEBONOJO
                                                      Assistant United States Attorney
                                                      601 D Street, NW
                                                      Washington, DC 20530
                                                      (202)252-2562

                                                  *Attorneys for the United States of America*

                                                  _____/s/_____
                                                  Chris Opila (NY0576)
                                                  Staff Attorney (Transparency)
                                                  American Immigration Council
                                                  2001 L Street N.W., Suite 500
                                                  Washington, DC 20036
                                                  202-507-7699 | copila@immcouncil.org

                                                  *Attorney for Plaintiff*