UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INT'L REFUGEE ASSISTANCE PROJ., Inc.,

Plaintiff,

v.

UNITED STATES CITIZENSHIP &
IMMIG'R SERV.,

Defendant.

Civil Action No. 23-3664 (RCL)

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of the Parties' Joint Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Status Report no later than March 14, 2025.

SO ORDERED:

_____1-29.25_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge