UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on January 29, 2025.  *See* ECF No. 33 ("Min. Ord.").  In support, the parties jointly state the following:

1.    As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests."  *See generally* ECF No. 1.  Defendant answered.  *See* ECF No. 14.

2.    Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another status report no later than March 14, 2025."  *See* Min. Ord.  As they reported in their last Joint Status Report, *see* ECF No. 32, the parties were discussing a settlement proposal. To that end, the parties are pleased to report that they have reached an agreement that resolves the merits of the FOIA issues presented in this action.

3.      Thus, the sole remaining issue is Plaintiff's counsel's fee demand which has since been tendered and is currently being evaluated by Defendant.  The parties are optimistic that they should be able to resolve the sole remaining fee issue without the Court's intervention.  If the parties are able to resolve the fee issue, they anticipate memorializing their agreement and filing a stipulation of dismissal in lieu of another Joint Status Report.

4.      Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than April 11, 2025.  If the parties are unable to resolve the fee issue, they will submit a proposed fees briefing schedule.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than April 11, 2025.  A proposed order is enclosed herewith.

Dated: March 14, 2025
        Washington, D.C.

Respectfully submitted,

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

By:  _____*Kenneth Adebonojo*_____
        KENNETH ADEBONOJO
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202)252-2562

*Attorneys for the United States of America*

_____/s/_____
Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*