UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on March 20, 2025. *See* ECF No. 35 ("Min. Ord."). In support, the parties jointly state the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another status report no later than April 11, 2025." *See* Min. Ord. As they reported in their last Joint Status Report, *see* ECF No. 34, the parties were discussing a settlement proposal. To that end, the parties are pleased to report that they have resolve both the FOIA merits as well as the subsequent fees issue that arose.

3. Having just reached an agreement on fees yesterday, the parties still need some additional time reduce their agreement to writing. Thus, the parties propose filing another Joint Status Report no later than May 9, 2025, but believe that they will likely be filing a Stipulation of Dismissal instead.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than May 9, 2025. A proposed order is enclosed herewith.

Dated: April 11, 2025
Washington, D.C.

Respectfully submitted,

EDWARD R. MARTIN, Jr.
D.C. Bar No. 481866
United States Attorney

By: _____*Kenneth Adebonojo*_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

_____/s/_____
Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIG'R SERV.,<br><br>Defendant. | Civil Action No. 23-3664 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Status Report no later than May 9, 2025.

SO ORDERED:

_____          _____
Dated                                                                        ROYCE C. LAMBERTH
                                                                                    United States District Judge

- 3 -