# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br>  Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br>  Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on May 14, 2025. *See* ECF No. 39 ("Min. Ord."). In support, the parties jointly state the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. Per the aforementioned Minute Order, the Court "ordered that the parties shall submit another Status Report no later than June 9, 2025." *See* Min. Ord. As they reported in an earlier Joint Status Report, *see* ECF No. 36, the parties have a settlement in principle for both the FOIA merits as well as the subsequent fees issue that arose.

3. The parties need additional time to reduce their agreement to writing. Defendant emailed a proposal to Plaintiff on May 6, 2025. Plaintiff emailed Defendant counterproposal on

May 21, 2025, which Defendant is still reviewing. Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than June 23, 2025.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than June 23, 2025. A proposed order is enclosed herewith.

Dated: June 9, 2025
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2562

*Attorneys for the United States of America*

/s/ Chris Opila
Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*