# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br>    Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to their previous Joint Status Report entered on June 9, 2025. *See* ECF No. 40 ("JSR"). In support, the parties jointly state the following:

1. As the Court may recall, Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, "challeng[ing] Defendant's actions with respect to four [United States Refugee Admissions Program] File Requests." *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. As reported in earlier Joint Status Reports, *see* ECF Nos. 36, 38, 40, the parties have a settlement in principle for both the FOIA merits as well as the subsequent fees issue that arose.

3. The parties need additional time to reduce their agreement to writing. Defendant emailed a proposal to Plaintiff on May 6, 2025. Plaintiff emailed Defendant a counterproposal on May 21, 2025. Defendant emailed Plaintiff a counterproposal on June 11, 2025, which Plaintiff

accepted with minor modifications on June 17, 2025. Finalization of the settlement agreement is pending supervisory approval from Defendant and Defendant's counsel. Thus, the parties jointly propose that the Court permit them to file another Joint Status Report no later than July 11, 2025.

WHEREFORE, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than July 11, 2025. A proposed order is enclosed herewith.

Dated: June 23, 2025
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ Kenneth Adebonojo
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2562

*Attorneys for the United States of America*

  /s/ Chris Opila
Christopher ("Chris") Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorney for Plaintiff*