**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Status Report no later than July 11, 2025.

SO ORDERED:


_____   _____
Dated                                                                          ROYCE C. LAMBERTH
                                                                                         United States District Judge