UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

[PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Status Report no later than July 11, 2025. The court does not expect to extend this date since the CJRA will make this a year old reportable case if not closed by Sept. 30.

SO ORDERED:

_4/27/25_
Dated

_Royce C. Lamberth_
ROYCE C. LAMBERTH
United States District Judge