**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP & IMMIG'R SERV., <br><br> Defendant. | Civil Action No. 23-3664 (RCL) |

## JOINT STATUS REPORT

By and through undersigned counsel, the International Refugee Assistance Project (Plaintiff) and the United States Citizenship and Immigration Services ("Defendant") (collectively "the parties"), respectfully submit this Joint Status Report in response to the Court's Order entered on June 27, 2025. *See* ECF No. 42 ("Min. Ord."). In support, the parties jointly state the following:

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552. *See generally* ECF No. 1. Defendant answered. *See* ECF No. 14.

2. On June 27, 2025, the Court ordered the parties to file a Joint Status Report on or before July 11, 2025. *See* Min. Ord. The Court indicated that it did "not expect to extend this date" further. *Id.*

3. The parties previously reported to the Court that they had reached a settlement in principle to resolve the merits of this action and the attorneys' fees and costs. *See* ECF No. 36.

4. The parties now inform the Court that they have finalized and are currently signing a final settlement agreement and, in accordance with such settlement agreement, will file a joint stipulation of dismissal with prejudice once the conditions of the agreement have been completed, and no later than August 8, 2025.

Dated: July 11, 2025
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ Kenneth Adebonojo
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

   /s/ Chris Opila
Linda B. Evarts
Senior Staff Attorney, U.S. Litigation
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
516-838-1655 | levarts@refugeerights.org

Chris Opila
Staff Attorney (Transparency)
American Immigration Council
2001 L Street N.W., Suite 500
Washington, DC 20036
202-507-7699 | copila@immcouncil.org

*Attorneys for Plaintiff*