**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

INT'L REFUGEE ASSISTANCE PROJ., Inc.,

Plaintiff,

v.

UNITED STATES CITIZENSHIP &
IMMIG'R SERV.,

Defendant.

Civil Action No. 23-3664 (RCL)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Parties' Joint Status Report, for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' proposal is ADOPTED; and it is further

ORDERED that the parties shall file another Joint Status Report no later than August 8, 2025, if this action has not already been dismissed by then.

SO ORDERED:

7/15/25

_____
Dated

_____
ROYCE C. LAMBERTH
United States District Judge