UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP & IMMIG'R SERV.,<br><br>　　　　Defendant. | Civil Action No. 23-3664 (RCL) |

PLAINTIFF'S STATUS REPORT

In response to the Court's Order of July 15, 2025, *see* ECF No. 44, Plaintiff respectfully states as follows:

1. On July 11, 2025, the parties informed the Court that they had reached a final settlement agreement and they required at most 30 days to implement its terms and ensure no additional concerns required the Court's attention. ECF No. 43.

2. On July 15, 2025, the Court ordered the parties to file a Joint Status Report no later than August 8, 2025 if this action had not already been dismissed by that date. ECF No. 44.

3. Plaintiff reports that the parties have executed the settlement agreement, and all terms precedent to dismissal have been satisfied. Pursuant to the agreement, Defendant must file the stipulation of dismissal.[1]

---

[1] Plaintiff's counsel repeatedly contacted Defendant's counsel to confirm that the stipulation of dismissal would be filed today, but did not receive a response. Plaintiff therefore submits this status report in an effort to comply with the Court's July 15 order.

Dated: August 8, 2025              Respectfully submitted,


                                   By:

                                   _____/s/_____
                                   Linda B. Evarts
                                   Senior Staff Attorney, U.S. Litigation
                                   International Refugee Assistance Project
                                   One Battery Park Plaza, 33rd Floor
                                   New York, NY 10004
                                   516-838-1655 | levarts@refugeerights.org

                                   Chris Opila
                                   Staff Attorney (Transparency)
                                   American Immigration Council
                                   2001 L Street N.W., Suite 500
                                   Washington, DC 20036
                                   202-507-7699 | copila@immcouncil.org

                                   *Attorney for Plaintiff*