UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJ., Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP &<br>IMMIG'R SERV.,<br><br>　　　　Defendant. | Civil Action No. 23-3664 (RCL) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be, and is hereby, dismissed with prejudice.

Dated: August 9, 2025

By Permission:

| | |
|---|---|
| 　　*/s/ Linda. B. Evarts*<br>LINDA B. EVARTS<br>International Refugee Assistance Project<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>516-838-1655 \| levarts@refugeerights.org<br><br>CHRISTOPHER ("CHRIS") OPILA<br>American Immigration Council<br>2001 L Street N.W., Suite 500, PMB2026<br>Washington, DC 20036<br>202-507-7699 \| copila@immcouncil.org<br><br>*Attorneys for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:　　*/s/ Kenneth Adebonojo*<br>　　KENNETH ADEBONOJO<br>　　Assistant United States Attorney<br>　　601 D Street, N.W.<br>　　Washington, D.C. 20530<br>　　(202) 252-2562<br><br>*Attorneys for the United States of America* |